UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
EVANSTON INSURANCE COMPANY,

                        Plaintiff,

v.

SHIRLEY EIFFERT, MICHAEL EIFFERT, EDWARD
EIFFERT, JR., AND RHIANNON EIFFERT,

                        Defendants.
------------------------------------------------------------------- x

Case No.: 7:23-cv-09439-NSR

**[PROPOSED] CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

NELSON S. ROMAN, United States District Judge:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1. The parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).

2. This case is to be tried to a jury.

3. Joinder of additional parties must be accomplished by November 8, 2024.

4. Amended pleadings may be filed until November 8, 2024. Any party seeking to amend its pleadings after that date must seek leave of court via motion.

5. Interrogatories shall be served no later than October 14, 2024, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall apply to this case.

6. First request for production of documents, if any, shall be served no later than October 14, 2024.

1

7. Non-expert depositions shall be completed by <u>December 16, 2024, the end of fact discovery.</u>

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than <u>30 days prior to the close of discovery</u>.

9. Requests to Admit, if any, shall be served no later than <u>30 days prior to the close of discovery.</u>

10. Expert reports shall be served no later than <u>January 16, 2025</u>.

11. Rebuttal expert reports shall be served no later than <u>February 17, 2025.</u>

12. Expert depositions shall be completed by <u>March 17, 2025</u>.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY <u>March 17, 2025</u>.**

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference). Interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing discovery set for the in paragraph 14.

17. The Magistrate Judge assigned to this case is the Hon. Andrew E. Krause.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____ at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: _____
New York, New York

_____
Nelson S. Roman
United States District Judge