USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVANSTON INSURANCE CO.,
Plaintiff,

-against-

SHIRLEY EIFFERT, MICHAEL EIFFERT, EDWARD EIFFERT, JR., AND RHIANNON EIFFERT,
Defendant.

---

No. 23 CV 9439 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days, by December 14, 2026. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next sixty (60) days with a request that the agreement be "so ordered" by the Court.

Dated: October 14, 2026
White Plains, New York

SO ORDERED:



NELSON S. ROMÁN
United States District Judge